IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ANTHONY & ROBBIE D. JONES | ) |
| | ) |
| COUNTRYWIDE HOME LOANS, | ) |
|         Creditor, | ) |
| | ) |
|     vs. | ) CASE NO. 04B40567 |
| | ) JUDGE JACK B. SCHMETTERER |
| ANTHONY & ROBBIE D. JONES, | ) |
|         Debtor | ) |

**<u>RESPONSE TO NOTICE OF PAYMENT OF FINAL MORTGAGE CURE</u>**

Now comes Countrywide Home Loans, by and through its attorneys, Pierce & Associates, P.C., and hereby responds to the Notice of Payment of Final Mortgage Cure, stating as follows:

1. The Debtor is due for the November 2006 contractual payment and all those thereafter.

2. The following is an itemization of the amounts due on the loan as of December 8, 2006.

| | | |
|---|---|---|
| a. | Attorney's fees | $250.00 |
| b. | P & I Advance | $2,880.28 |
| c. | Bankruptcy Fees | $450.00 |
| d. | February 1, 2005 inspection | $11.50 |
| e. | March 1, 2005 inspection | $11.50 |
| f. | April 1, 2005 inspection | $11.50 |
| g. | May 2, 2005 inspection | $11.50 |
| h. | August 25, 2005 inspection | $11.50 |
| i. | November 1, 2005 inspection | $11.50 |

j. February 1, 2006 inspection          $11.50

k. May 2, 2006 inspection               $11.50

l. June 2, 2006 inspection              $11.50

   Total                               $3,683.78

If no challenge to foregoing is made by motion filed with the court and served on the undersigned and the trustee within thirty days of this notice, Countrywide Home Loans rights to collect these ammounts will remain unaffected.


                              Respectfully Submitted,
                              Countrywide Home Loans

                              /s/A. Stewart Chapman
                              A. Stewart Chapman
                              ARDC#6255733

                              Pierce and Associates, P.C.
                              1 NORTH DEARBORN STREET
                              SUITE 1300
                              Chicago, Illinois 60602
                              (312)346-9088