```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 04 B 40567
   ANTHONY JONES
   ROBBIE D JONES                             CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-5294    SSN XXX-XX-8392

-------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 11/02/2004 and was confirmed 02/09/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 10/24/2007.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
-------------------------------------------------------------------------------
COUNTRYWIDE HOME LOANS     CURRENT MORTG    47252.68            .00       47252.68
COUNTRYWIDE HOME LOANS     MORTGAGE ARRE     5116.14            .00        5116.14
US BANK/ELAN/RETAIL PAYM   SECURED          13550.00         974.02       13550.00
US BANK/ELAN/RETAIL PAYM   UNSECURED         6803.01            .00         374.38
VILLAGE OF MAYWOOD         SECURED            763.72          55.95         763.72
INTERNAL REVENUE SERVICE   PRIORITY          1240.49            .00        1240.49
DISTRICT DIRECTOR          NOTICE ONLY      NOT FILED          .00             .00
DISTRICT DIRECTOR          NOTICE ONLY      NOT FILED          .00             .00
DISTRICT DIRECTOR          NOTICE ONLY      NOT FILED          .00             .00
INTERNAL REVENUE SERVICE   PRIORITY         NOT FILED          .00             .00
DISTRICT DIRECTOR          NOTICE ONLY      NOT FILED          .00             .00
DISTRICT DIRECTOR          NOTICE ONLY      NOT FILED          .00             .00
DISTRICT DIRECTOR          NOTICE ONLY      NOT FILED          .00             .00
INTERNAL REVENUE SERVICE   PRIORITY         NOT FILED          .00             .00
DISTRICT DIRECTOR          NOTICE ONLY      NOT FILED          .00             .00
DISTRICT DIRECTOR          NOTICE ONLY      NOT FILED          .00             .00
DISTRICT DIRECTOR          NOTICE ONLY      NOT FILED          .00             .00
AT & T WIRELESS            UNSECURED        NOT FILED          .00             .00
ADT SECURITY SYSTEMS       UNSECURED        NOT FILED          .00             .00
APRIA HEALTHCARE INC       UNSECURED        NOT FILED          .00             .00
BANK ONE NATL BKCY DEPT    UNSECURED        NOT FILED          .00             .00
RESURGENT ACQUISITION LL   UNSECURED         5429.63            .00         298.80
US BANK                    UNSECURED         2152.91            .00         118.48
CITY OF CHICAGO PARKING    UNSECURED          350.00            .00          19.26
COMMONWEALTH EDISON        UNSECURED        NOT FILED          .00             .00
CREDIT FIRST               UNSECURED          178.04            .00             .00
DIRECT TV                  UNSECURED        NOT FILED          .00             .00
DISH NETWORK               UNSECURED        NOT FILED          .00             .00
GUARANTY BANK              UNSECURED        NOT FILED          .00             .00
IL DEPT OF HEALTHCARE &    PRIORITY          1063.00            .00        1063.00
ECAST SETTLEMENT CORP      UNSECURED          420.39            .00          23.13
JC PENNEY                  NOTICE ONLY      NOT FILED          .00             .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 04 B 40567 ANTHONY JONES & ROBBIE D JONES
```

```
JC PENNEY                   NOTICE ONLY    NOT FILED                 .00              .00
LOYOLA UNIVERSITY           UNSECURED      NOT FILED                 .00              .00
MAYWOOD POLICE DEPARTMEN    UNSECURED      NOT FILED                 .00              .00
ORCHARD BANK                UNSECURED      NOT FILED                 .00              .00
SAMS CLUB CREDIT CARD       UNSECURED      NOT FILED                 .00              .00
AT & T BANKRUPCTY           UNSECURED      NOT FILED                 .00              .00
VILLAGE OF STONE PARK       UNSECURED      NOT FILED                 .00              .00
TCF NATIONAL BANK           UNSECURED      NOT FILED                 .00              .00
TCF NATIONAL BANK           UNSECURED      NOT FILED                 .00              .00
US DEPT OF EDUCATION        UNSECURED      NOT FILED                 .00              .00
WESTLAKE HOSPITAL           UNSECURED      NOT FILED                 .00              .00
MCI WORLDCOM                UNSECURED      NOT FILED                 .00              .00
WORLDCOM WIRELESS           NOTICE ONLY    NOT FILED                 .00              .00
VILLAGE OF MAYWOOD          SECURED NOT I        .00                 .00              .00
RESURGENT ACQUISITION LL    UNSECURED         1787.64                .00            98.38
ECAST SETTLEMENT CORP       UNSECURED          459.13                .00            25.27
INTERNAL REVENUE SERVICE    UNSECURED          600.00                .00            33.02
TIMOTHY K LIOU              DEBTOR ATTY       106.40                              106.40
TOM VAUGHN                  TRUSTEE                                              3,910.88
DEBTOR REFUND               REFUND                                                   .00

        Summary of Receipts and Disbursements:
  ------------------------------------------------------------------------------
                          RECEIPTS              DISBURSEMENTS
  ------------------------------------------------------------------------------
TRUSTEE                  75,024.00

PRIORITY                                            2,303.49
SECURED                                            66,682.54
    INTEREST                                        1,029.97
UNSECURED                                             990.72
ADMINISTRATIVE                                        106.40
TRUSTEE COMPENSATION                                3,910.88
DEBTOR REFUND                                            .00
                         ---------------        ---------------
TOTALS                   75,024.00                 75,024.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 01/25/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE



                            PAGE   2
        CASE NO. 04 B 40567 ANTHONY JONES & ROBBIE D JONES